| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Sunmeadows, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
45-3826688

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 655 Avenida Sevilla<br>Unit C<br>Laguna Woods, CA 92637-4000<br>Number, Street, City, State & ZIP Code | 26895 Aliso Creek Road, Suite B634<br>Attn: William Lo<br>Aliso Viejo, CA 92656<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Sunmeadows, LLC**_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5884__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor  **Sunmeadows, LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor      Relationship
District      When      Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.     Insurance agency
           Contact name
           Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Sunmeadows, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor  **Sunmeadows, LLC**    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2024**
              MM / DD / YYYY

X  **/s/ William Lo**                                **William Lo**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Robert P. Goe**                             Date  **April 22, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Robert P. Goe 137019**
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

**17701 Cowan
Building D, Suite 210
Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 798-2460**    Email address  **rgoe@goeforlaw.com**

**137019 CA**
Bar number and State

## SUNMEADOWS, LLC

## ACTION WITHOUT A MEETING BY WRITTEN CONSENT OF MAJORITY OF THE MEMBERS

Dated: April 17, 2024

The undersigned, constituting a Majority of the Members of Sunmeadows, LLC, a California limited liability company (the "Company"), hereby approve, ratify and adopt the following Resolutions adopted at a special meeting of the Members of the Company held on March 11, 2024, as follows:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that William Lo of this Company is authorized and directed to execute and deliver all documents necessary to file a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved that William Lo of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy proceeding; and

Be It Further Resolved that William Lo of this Company is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he may deem necessary and proper in connection with the bankruptcy proceedings and to retain and employ legal counsel, experts and all other assistance which he may deem necessary and proper with a view to the successful conclusion of such proceedings.

In addition to the foregoing, the undersigned Majority of the Members hereby ratify and approve by this writing the action of William Lo, as Manager of the Company and pursuant to the foregoing resolutions, to employ Robert P. Goe 137019, attorney and the law firm of Goe Forsythe & Hodges LLP to represent the Company in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned Majority of Members have executed counterparts of this Majority Member Written Consent as of the date first set forth above.

_____
William Lo, Partner - Elysian Fields Partners

*Signature follows*
_____
James R. Pickett

*Signature follows*
_____
Julian Fong, for JAABAA Enterprise

_____
Hua Liu, Manager - Huilite LLC

# SUNMEADOWS, LLC

## ACTION WITHOUT A MEETING BY WRITTEN CONSENT OF MAJORITY OF THE MEMBERS

Dated: April 17, 2024

The undersigned, constituting a Majority of the Members of Sunmeadows, LLC, a California limited liability company (the "Company"), hereby approve, ratify and adopt the following Resolutions adopted at a special meeting of the Members of the Company held on March 11, 2024, as follows:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that William Lo of this Company is authorized and directed to execute and deliver all documents necessary to file a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved that William Lo of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy proceeding; and

Be It Further Resolved that William Lo of this Company is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he may deem necessary and proper in connection with the bankruptcy proceedings and to retain and employ legal counsel, experts and all other assistance which he may deem necessary and proper with a view to the successful conclusion of such proceedings.

In addition to the foregoing, the undersigned Majority of the Members hereby ratify and approve by this writing the action of William Lo, as Manager of the Company and pursuant to the foregoing resolutions, to employ Robert P. Goe 137019, attorney and the law firm of Goe Forsythe & Hodges LLP to represent the Company in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned Majority of Members have executed counterparts of this Majority Member Written Consent as of the date first set forth above.

_____
William Lo, Partner - Elysian Fields Partners

_____
Julian Fong, for JAABAA Enterprise

_____
James R. Pickett

_____
Hua Liu, Manager - Huilite LLC

Fill in this information to identify the case:

Debtor name: **Sunmeadows, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| RR1050, LLC c/o National Registered Agents, Inc 1209 Orange Street Wilmington, DE 19801 | William Southworth, Manager bill@builder.capital (443) 949-7120 | 330+ ac. raw land - 85+ acres entitled for up to 1,050 SF and multi-family residential units; + one 1.2 ac. neighborhood commercial parcel; 200+ acre | Contingent Unliquidated Disputed | | | $36,103,510.00 |
| Ambient Communites LlC 179 Calle Magdalena #201 Encinitas, CA 91024 | Robert Anselmo ranselmo@ambient.email (6190 890-2349 | Project Management Fee | | | | $1,000,000.00 |
| James R Pickett 36875 Pauba Road Temecula, CA 92592 | James R. Pickett jmspickett@gmail.com (951) 326-0280 | Member Loan | | | | $965,059.78 |
| DPFG, Inc. 26840 Aliso Viejo Parkway #110 Aliso Viejo, CA 92656 | Brett Foreman brettforeman15@gmail.com (949) 573-8805 | Accounting/CFD Consulting Fees | | | | $300,000.00 |
| Lake Cadena Investments Ltd. c/o Jeffrey A. Kaplan 10877 Wilshire Blvd, STE 1520 Los Angeles, CA 90024 | Jeffrey A. Kaplan jeffrey.kaplan@tatumkaplan.com (310) 208-0075-019 | Settlement Agreement | | | | $300,000.00 |
| K&A Engineering, Inc 357 N. Sheridan, Suite 117 Corona, CA 92880 | Amir Fallahi amirF@kaengineering.com (951) 279-1800-112 | Vendor provided services | | | | $293,200.10 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Sunmeadows, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Schoff Enterprises 9557 Hildreth Lane Fernandina Beach, FL 32034 | Jim Schoff jshoff@shoffent.com | Preferred Member Loan | | | | $174,166.67 |
| Colton Unified School District 1212 Valencia Drive Colton, CA 92324-1798 | (909) 580-5000 (or 6642) | | | | | $50,000.00 |
| Bryan Avilla 14271 Jeffrey Road #370 Irvine, CA 92620 | Bryan Avilla bavilla@newbridgehomes.com (619) 723-5485 | Promissory Note | | | | $38,958.33 |
| Ambient Pacific LLC - Wade Hall 179 Calle Magdalena #201 Encinitas, CA 91024 | | Loan | | | | $22,635.53 |
| Rich Valdez 31805 Temecula Parkway #129 Temecula, CA 92592 | Richard Valdez vslengineering@gmail.com (951) 660-5860 | Promissory Note | | | | $18,736.67 |
| John Foreman Family Trust 26895 Aliso Creek Road #B-533 Aliso Viejo, CA 92656 | Brett Foreman brettforeman15@gmail.com (949) 573-8805 | Loan from Member | | | | $10,547.80 |
| Hua Liu 110 Livingston Place Ladera Ranch, CA 92694 | Hus Liu hualiu2004@gmail.com (949) 419-5265 | MEMBER loan | | | | $10,000.00 |
| Huilite, LLC 110 Livingston Pl Ladera Ranch, CA 92694 | | Loan from Member | | | | $6,302.89 |
| Mike Roquet P.O. Box 539 Highland, CA 92346 | Mike Roquet mike@mrci-const.com (949) 428-1400-221 | K-Rail Rental | | | | $6,240.00 |
| Utility Specialists 4429 Moreno Blvd. San Diego, CA 92117 | Tobi K. Kunz tkk@utilitySpecialists.com (858) 866-8516 | Vendor provided services | | | | $5,000.00 |

Debtor **Sunmeadows, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Helix Environmental Planning<br>7578 El Cajon Blvd.<br>Suite 200<br>La Mesa, CA 91942 | Amir Morales<br><br>amirm@helixepi.com<br>(949) 573-9450 | Vendor provided services | | | | $4,000.00 |
| Joyce Lee<br>26895 Aliso Creek Road<br>#B533<br>Aliso Viejo, CA 92656 | Joyce Lee<br><br>bjoycela@yahoo.com<br>(949) 741-4274 | Loan from Member | | | | $3,013.23 |
| DAM-RCE, Inc<br>986 Peppervilla Court<br>El Cajon, CA 92021 | Don Mitchell<br><br>dmitchell@damrce.com<br>(619) 244-8481 | Vendor provided services | | | | $2,537.55 |
| Judy Nguyen<br>25639 Pacific Circle<br>Mission Viejo, CA 92692 | Judy Nguyen<br><br>judyng1@yahoo.com | Loan from Member | | | | $1,190.62 |

Sunmeadows, LLC
26895 Aliso Creek Road, Suite B634
Attn: William Lo
Aliso Viejo, CA 92656


Robert P. Goe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Building D, Suite 210
Irvine, CA 92614


Ambient Communites LlC
179 Calle Magdalena #201
Encinitas, CA 91024


Ambient Pacific LLC - Wade Hall
179 Calle Magdalena
#201
Encinitas, CA 91024


Ambient Pacific NC
26895 Aliso Viejo Rd
#B-634
Aliso Viejo, CA 92656


Ambient Pacific OCC LLC
26899 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656


Armada Investments, Inc
655 Avenida Sevilla, Unite C
Laguna Woods, CA 92637


Armada Investments, Inc
26898 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656

```
Bill Lo
655 Avenida Sevilla
Unit C
Laguna Woods, CA 92637-4520


Bradley B. Brownlow
Holland & Knight
560 Mission Street, STE 1900
San Francisco, CA 94104


Brian H. Lin
134 Statura
Irvine, CA 92602


Brian Lin
10 Encina
Irvine, CA 92620


Bryan Avilla
14271 Jeffrey Road
#370
Irvine, CA 92620


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Carter Froelich
3735 East Pierson
Phoenix, AZ 85018


Chris Hall
28621 Jaeger Drive
Laguna Niguel, CA 92677
```

```
Cindy Lee
2300 Spectrum
Irvine, CA 92618


Colton Unified School District
1212 Valencia Drive
Colton, CA 92324-1798


CT Corporation System, Inc.
330 N. Brand
Suite 700
Glendale, CA 91203


DAM-RCE, Inc
986 Peppervilla Court
El Cajon, CA 92021


Derek Lee
2232 Silk Tree Drive
Tustin, CA 92780


Doug Foreman
1607 N. Beverly Blvd.
Beverly Hills, CA 90210


Doug Foreman
1607 N. Beverly Drive
Beverly Hills, CA 90210


DPFG, Inc.
26840 Aliso Viejo Parkway #110
Aliso Viejo, CA 92656
```

Elysian Fields Partners
655 Avenida Sevilla
Unit C
Laguna Woods, CA 92637


Elysian Fields Partners
655 Avenida Sevilla
Unit C
Laguna Woods, CA 92637-4520


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Erin Naderi
Palmieri, Hennessey & Leifer, LLP
3 Park Plaza, STE 1950
Irvine, CA 92614


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952


Helix Environmental Planning
7578 El Cajon Blvd. Suite 200
La Mesa, CA 91942


HOME BUILDER


Hua Liu
110 Livingston Place
Ladera Ranch, CA 92694

Huilite, LLC
110 Livingston Pl
Ladera Ranch, CA 92694


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JAABAA Enterprises
45 Aria Street
S. El Monte, CA 97133


James R Pickett
36875 Pauba Road
Temecula, CA 92592


John Foreman Family Trust
26895 Aliso Creek Road
#B-533
Aliso Viejo, CA 92656


John Foreman Family Trust
LaVonna-Hayashi, Trustee
9650 Business Ctr
STE 120
Rancho Cucamonga,, CA 91730


Joseph L. Castaneda
36263 Calle De Lobo
Murrietta, CA 92562


Joyce Lee
26895 Aliso Creek Road
#B533
Aliso Viejo, CA 92656

```
Joyce Lee
2232 Silk Tree Drive
Tustin, CA 92780


Judy Nguyen
25639 Pacific Circle
Mission Viejo, CA 92692


K&A Engineering, Inc
357 N. Sheridan, Suite 117
Corona, CA 92880


Lake Cadena Investments Ltd.
c/o Jeffrey A. Kaplan
10877 Wilshire Blvd, STE 1520
Los Angeles, CA 90024


Maik Aagaard
525 E. 12th Ave
Spokane, WA 99202


Mary K. Lu
23382 Devonshire Drive
Lake Forest, CA 92630


Mary Thurston
23592 Windsong
APT 60H
Aliso Viejo, CA 92625


May Thurston
36691 Coleus Way
Lake Elsinore, CA 92532
```

Mike Roquet
P.O. Box 539
Highland, CA 92346


National Registered Agents, Inc.
Agent for RR1050, LLC
28 Liberty Street
New York, NY 10005


Paul Froelich
P.O. Box 6216
Breckenridge, CO 80424


Peter Piller
3 Taylynn Court
Coto De Caza, CA 92679


Ping He
11 Foxglove Way
Irvine, CA 92612


R. Chris Lightburne
2715 Wavecrest Drive
Corona Del Mar, CA 92625


Rich Valdez
31805 Temecula Parkway
#129
Temecula, CA 92592


Riverside County Tax Collector
4080 Lemon Street
Riverside, CA 92501

```
RR 1050, LLC
c/o National Registered Agents, Inc
Attn: Amanda Garcia
330 Brand Blvd
Glendale, CA 91203-2308


RR1050, LLC
c/o National Registered Agents, Inc
1209 Orange Street
Wilmington, DE 19801


RR1050, LLC
726 Second Street, Suite #2A
Annapolis, MD 21403


RR1050, LLC, a Delaware LLC
c/o National Registered Agents, Inc
Amanda Garcia
330 N. Brand Blvd., STE 700
91203-2336


San Bernardino County Tax Collector
268 W. Hospitality Lane
1st Floor
San Bernardino, CA 92415


San Bernardino County Tax Collector
268 W. Hospitality Lane
First Floor
San Bernardino, CA 92408


Scheel Dallape, Inc.
dba The Hoffman Company
18881 Von Karman Ave., Suite 150
Irvine, CA 92612


Schoff Enterprises
9557 Hildreth Lane
Fernandina Beach, FL 32034
```

```
Schoff Enterprises, LLc
c/o James A Schoff
9557 Hildreth Lane
Fernandina, FL 32034


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Steve Roquet
P.O. Box 470
Colton, CA 92324


Sun Holland, LLC
26895 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656


Sunbelt Communities
26897 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656


Sunit S. Patel
45 Passaflora Lane
Ladera Ranch, CA 92694


Sunlake Communities
26900 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656


SunRanch Communities
26896 Aliso Viejo Rd
B-634
Aliso Viejo, CA 92656
```

The Scheeel Dallape, Inc.
dba The Hoffman Company


Utility Specialists
4429 Moreno Blvd.
San Diego, CA 92117


WMR Holdings LLC
26895 Aliso Viejo Rd.
#B-634
Aliso Viejo, CA 92656


Yellow Dog Holdings
20201 SW Birch
STE275
Newport Beach, CA 92660


Zhaoyi He
110 Livingston PL
Ladera Ranch, CA 92694